Timothy COREY, Plaintiff—Appellant,

v.

Susan REICH, Financial Accountant, HQ; Dean Day, Mail Man, Kirkland Correctional Institution; Eileen Wyler, Nurse Practitioner, Kirkland Correctional Institution; William Latrell, Registered Nurse, Kirkland Correctional Institution; Laurie F. Bessinger, Warden, Kirkland Correctional Institution; Marcia R. Fuller, RD HQ; John A. Davis, Defendants—Appellees.

No. 04–6492.

United States Court of Appeals, Fourth Circuit.

Submitted: July 16, 2004.

Decided: Aug. 3, 2004.

Timothy Corey, Appellant pro se.

James E. Parham, Jr., Irmo, South Carolina, for Appellees.

**754**

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Corey appeals the district court's order granting summary judgment to the Defendants and denying relief on his 42 U.S.C. § 1983 (2000) complaint for failure to state a constitutional violation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Corey v. Reich,* No. CA–02–2801 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*